UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.  03-cr-232-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDWARD P. MATTAR, III,
THOMAS ALAN BOYD,
JACK O. GRACE, JR.,

       Defendants.

---

## ORDER SETTING TRIAL

---

       Pursuant to the status conference today, it is

       ORDERED that this matter is set for trial to jury on **July 10, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.**

       DATED: December 23, 2005

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge