UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD P. MATTAR, III,
THOMAS ALAN BOYD,
JACK O. GRACE, JR.,

        Defendants.

---

## ADMINISTRATIVE ORDER

---

        To ensure that there is compliance with the Sixth Amendment to the United States Constitution that the accused shall enjoy the right to a speedy and public trial by an impartial jury, it is

        ORDERED, that the Clerk's records of the daily proceedings in the trial of this case shall not be altered or redacted in any manner as to make any part of them unavailable to the public.

        DATED: July 7, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge