UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD P. MATTAR, III,
THOMAS ALAN BOYD,
JACK O. GRACE, JR.,

        Defendants.

---

## ORDER FOR SEALING TRANSCRIPTS

        Upon the court's own motion for the protection of privacy interests in medical records, it is

        ORDERED that transcripts of bench conferences of July 18, 2006, shall be sealed until further order.

        DATED:  July 19, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge