UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDWARD P. MATTAR, III,
THOMAS ALAN BOYD,
JACK O. GRACE, JR.,

       Defendants.

---

## ORDER TO RESUME TRIAL

---

       It appearing that trial proceedings may now continue during the week of July 24, 2006, it is

       ORDERED that this trial will resume as trial to the Court at 9:00 a.m. on July 24, 2006, and will proceed according to a schedule to be determined upon consultation with counsel.

       DATED: July 19, 2006

                                                       BY THE COURT:

                                                       s/Richard P. Matsch
                                                       _____
                                                       Richard P. Matsch, Judge