# United States Court of Appeals for the Tenth Circuit
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk

August 28, 2006

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 28 2006

GREGORY C. LANGHAM
CLERK

NOTIFICATION OF MAILING

Re: 06-1298, In re: United States v. -
Dist/Ag docket: 03-CR-232-RPM,

A COPY OF THE ATTACHED ORDER HAS BEEN PLACED IN THE UNITED STATES MAIL THIS DATE, ADDRESSED AS FOLLOWS:

Mr. William J. Leone
Mr. Michael P. Carey
Mr. John M. Haried
Mr. James C. Murphy
United States Attorney's Office
1225 17th Street
#700
Denver, CO 80202

Mr. Peter R. Bornstein
1600 Broadway
#2350
Denver, CO 80202

Virginia Grady
Office of the Federal Public Defender
District of Colorado and Wyoming
633 17th St.
Suite 1000
Denver, CO 80202

Mr. John T. Carlson
Office of the Federal Public Defender
District of Colorado and Wyoming
633 17th St.
Suite 1000
Denver, CO 80202

Mr. Daniel J. Sears
Trinity Place Office Building
1801 Broadway, Suite 1100
Denver, CO 80202-3839

Honorable Richard P. Matsch
Sr. District Judge
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294-3589


Mr. Gregory C. Langham
Clerk
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse
Room A105
901 19th Street
Denver, CO 80294-3589


_____
                DEPUTY CLERK

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| In re: UNITED STATES OF AMERICA, | No. 06-1298 |
|---|---|
| Petitioner. | 03-cr-00232-RPM |

### ORDER

Filed August 28, 2006

Before **BRISCOE**, **EBEL**, and **HARTZ**, Circuit Judges.

Petitioner's petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: *[signature]*
Deputy Clerk