UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDWARD P. MATTAR, III,
THOMAS ALAN BOYD,
JACK O. GRACE, JR.,

       Defendants.

---

### ORDER TO RESUME TRIAL

---

After conferring with counsel, it is

ORDERED that this trial will resume as a trial to the Court at **9:00 a.m. on October 3, 2006**, and the trial days shall be from 9:00 a.m. to 4:30 p.m.

DATED: September 15th, 2006

                              BY THE COURT:

                              s/ Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge