UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EDWARD P. MATTAR, III,
THOMAS ALAN BOYD,
JACK O. GRACE, JR.,

       Defendants.

---

ORDER REGARDING TRIAL SCHEDULE

---

       Trial in this case will resume on October 30, 2006, at 9:00 a.m. and will continue from day to day thereafter until completion.  The Government's motion for continuation of the cross-examination of Charles Wolfschlag until after November 4, 2006, is granted.  The Government is directed to schedule witnesses and provide defendants' counsel with a schedule and the exhibits to be offered with the witnesses for the week of October 30, 2006, by Wednesday, October 25, 2006, and on a weekly basis thereafter with the list to be provided on the Wednesday before the following week.

       It is so ORDERED.

       DATED: October 20th , 2006

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior District

Judge