UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No. 03-cr-00232-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDWARD P. MATTAR, III,
THOMAS ALAN BOYD,
JACK O. GRACE, JR.,

    Defendants.

---

RULING ON OBJECTIONS TO TERRY QUANSTROM DEPOSITION TRANSCRIPT
OF OCTOBER 9, 2001

---

Upon review, it is

ORDERED AS FOLLOWS:

(1) Defendants' objection to page 50, line 22 through all of page 51 is sustained.

(2) Defendants' objection to page 186, line 11 through line 20 is sustained.

(3) Government's objection to page 541, line 13 through page 545, line 23 is sustained.

(4) Government's objection to page 551, line 5 through page 558, line 7 is sustained.

DATED: November 22, 2006

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge