**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

_____

| | |
|---|---|
| Date: | August 24, 2007 |
| Courtroom Deputy: | J. Christopher Smith |
| FTR Technician: | Kathy Terasaki |
| Probation: | Elizabeth Oppenheimer |
| | Tom Destito |

_____

Criminal Action No. 03-cr-00232-RPM

| | |
|---|---|
| UNITED STATES OF AMERICA, | John Haried |
| Plaintiff, | |
| v. | |
| 2. T. ALAN BOYD, and | Virginia L. Grady |
| 3. JACK O. GRACE, JR. | Daniel J. Sears |
| | Daniel T. Smith |
| Defendants. | |

_____

### SENTENCING
_____

**10:00 a.m.**    **Court in session.**

Defendants present on bond.

Court's preliminary remarks.

<u>Defendant Grace's Motion for a New Trial [1201]</u>

10:01 a.m.    Argument by Mr. Sears.

**ORDERED: Defendant Grace's Motion for a New Trial, filed August 22, 2007 [1201], is denied.**

All counsel state there are no objections to the PSI reports.
Statements by Mr. Sears regarding financial statements.

August 16, 2007
03-cr-232-RPM

<u>Objections to Court's Guideline Calculations, July 5, 2007 [1153] and for variences</u>.

| | |
|---|---|
| 10:09 a.m. | Argument by Mr. Haried. |
| 10:15 a.m. | Argument by Ms. Grady. |
| 10:34 a.m. | Defendant Boyd declines allocution. |
| 10:35 a.m. | Argument by Mr. Sears. |
| 10:53 a.m. | Allocution by defendant Grace. |
| 10:57 a.m. | Argument by Mr. Haried. |

Ms. Grady states there is no contest to forfeiture or objections to a fine.
Mr. Sears states no objection regarding forfeiture amount and makes statements regarding fine.

**Court's statements and findings as stated on record.**

**ORDERED:** **Defendant Grace's Motion for Downward Departure From Calculation of Advisory Guidelines or, in the Alternative, for a Downward Variance From Guidelines Calculations, filed August 7, 2007 [1176], is denied.**

**ORDERED:** **Defendant Boyd's Motion for Downward Variance and Imposition of a Non-Guideline Sentence, filed August 9, 2007 [1180], is denied.**

**Date of guilty convictions : February 12, 2007 Court's Findings Pursuant to Rule 23(c) dated[1101].**

<u>Defendant Boyd</u>

**ORDERED**: Defendant is committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a term of **60 months on Count 1 and 90 months on all other counts of conviction**. Sentence terms to run **concurrently**. Execution of the sentence is stayed until 15 days after receiving notice of the place designated by the U.S. B.O.P, at which time defendant will **voluntarily surrender**.

**ORDERED**: Upon release from imprisonment, defendant shall be placed on **supervised release** for a term of **3 years**.

**ORDERED**: Conditions of Supervised Release are that:

Defendant shall not commit another federal, state or local crime.
Defendant shall not illegally possess controlled substances.

August 16, 2007
03-cr-232-RPM

        Defendant shall not possess a firearm or destructive device.
        Defendant shall comply with standard conditions as adopted by the court.
        Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED**: Defendant to pay $1,500.00 to Crime Victim Fund (Special Assessment) to be paid immediately.

**ORDERED**: Defendant to pay a **fine** of $15,000.00 during the period of supervised release.

**ORDERED**: Forfeiture by money judgment in the amount of $4,743,909.00

Court recommends that the Bureau of Prisons place the defendant at FCI Englewood, Co.

Defendant advised of right to appeal.

<u>Defendant Grace</u>

**ORDERED**: Defendant is committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a term of **60 months on Count 1 and 72 months on all other counts of conviction**. Sentence terms to run **concurrently**. Execution of the sentence is stayed until 15 days after receiving notice of the place designated by the U.S. B.O.P, at which time defendant will **voluntarily surrender**.

**ORDERED**: Upon release from imprisonment, defendant shall be placed on **supervised release** for a term of **3 years**.

**ORDERED**: Conditions of Supervised Release are that:

        Defendant shall not commit another federal, state or local crime.
        Defendant shall not illegally possess controlled substances.
        Defendant shall not possess a firearm or destructive device.
        Defendant shall comply with standard conditions as adopted by the court.
        Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED**: Defendant to pay $1,500.00 to Crime Victim Fund (Special Assessment) to be paid immediately.

August 16, 2007
03-cr-232-RPM

**ORDERED**:   Defendant to pay a **fine** of $15,000.00 during the period of supervised release.

**ORDERED**: Forfeiture by money judgment in the amount of $92,643.00.

Court recommends that the Bureau of Prisons place the defendant at FCI Englewood, Colorado.

Defendant advised of right to appeal.

**ORDERED:   Defendant Grace's motion for release pending appeal is denied.**

**11:30 a.m.      Court in recess.**

Hearing concluded.  Total time: 1 hr. 30 min.