**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 03-cr-00232-RPM**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

2. THOMAS ALAN BOYD,
**3. JACK O. GRACE, JR.**
4. DOUGLAS R. BAETZ
5. GLENN GALLANT
6. CENTURY FINANCIAL SERVICES, and
**7.** CENTURY FINANCIAL GROUP, INC.

    **Defendants.**

_____

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS *AD PROSEQUENDUM***
_____

Upon consideration of Defendant Grace's petition for writ of habeas corpus *ad prosequendum* [1444], it is

ORDERED that said petition for writ of habeas corpus ad prosequendum is granted.

DATED this 28th day of September, 2009, at Denver, Colorado.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge