UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     THOMAS ALAN BOYD,
**3.**     **JACK O. GRACE, JR.,**
4.     GLENN M. GALLANT,
5.     DOUGLAS R. BAETZ,

       Defendants.

---

## ORDER TO RETURN PRISONER TO B.O.P. CUSTODY

---

The defendant Jack O. Grace, Jr., has been before this Court for an evidentiary hearing pursuant to a Writ of Habeas Corpus ad Prosequendum.  The hearing concluded today and it is now

ORDERED that Jack O. Grace, Jr., shall be returned by the United States Marshal's Service to the Warden, Federal Prison Camp, Florence, Colorado, to resume his sentence.

       DATED: October 28th, 2009

                             BY THE COURT:

                             s/Richard P. Matsch
                             _____
                             Richard P. Matsch, Senior District Judge