UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**2**.    **THOMAS ALAN BOYD**,
**3.**    **JACK O. GRACE, JR.,**
4.    GLENN M. GALLANT,
5.    DOUGLAS R. BAETZ,

       Defendants.

---

ORDER SETTING RE-SENTENCING PROCEEDINGS

---

       It is

       ORDERED that re-sentencing proceedings for Defendants Thomas Alan Boyd and Jack O. Grace, Jr., are set for **February 12, 2010, at 9:30 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

       DATED:   January 11th, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge