IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action Nos.   03-cr-00232-RPM-02 and
03-cr-00232-RPM-03

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS ALAN BOYD, and

JACK O. GRACE, JR.,

    Defendants.

## RESTITUTION ORDER

Pursuant to the restitution hearing held on April 1, 2010, the Court orders restitution as follows:

**Defendant Tomas Alan Boyd must make restitution totaling $11,893,816.00.**

**Defendant Jack O. Grace, Jr., must make restitution totaling $16,545,082.00.**

Restitution for both defendants Boyd and Grace is due and owing to the following:

Federal Deposit Insurance Corporation (Receiver for BestBank)
P.O. Box 971774
Dallas, Texas 75397-1774

THE COURT FINDS that neither defendant has the ability to pay interest and it is ordered that the interest requirement for the restitution is waived.

THE COURT ORDERS that restitution shall be paid in monthly installments of at least $100 during the term of supervised release. It is

FURTHER ORDERED that restitution for defendants Boyd and Grace is owed joint and several with each other and with codefendants Glenn M. Gallant and Douglas R. Baetz.

DATED at Denver, Colorado, this 9th day of April, 2010.

BY THE COURT:

Richard P. Matsch
Senior U.S. District Judge